OTTO J. CIANCIOTTO AND RUTH CIANCIOTTO, HIS WIFE, PLAINTIFFS-RESPONDENTS, v. SIDNEY MILSTEIN AND MAYOR AND COUNCIL OF THE BOROUGH OF CLOSTER, DEFENDANTS-APPELLANTS.

Argued February 4, 1975—Decided February 18, 1975.

*Mr. Anthony D. Andora,* argued the cause for appellants (*Messrs. Andora, Palmisano and De Cotiis,* attorneys).

*Mr. Edward J. Cahill,* argued the cause for respondents.

PER CURIAM. The judgment is affirmed essentially for the reasons expressed by the Appellate Division in its majority opinion, 132 *N. J. Super.* 83.

*For affirmance*—Chief Justice HUGHES, Justices JACOBS, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD and Judge KOLOVSKY—7.

*For reversal*—None.